**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN SHANE FOSTER, | ) NO. CV 19-5579-JVS(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 19, 2019

/s/ James V. Selna
_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE